UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | § |
| | §  CRIMINAL NO. 4:24-CR-580 |
| [1] Francisco Jaramillo-Valdovinos, *et al.* | § |
| | § |
| *Defendants.* | § |

## JOINT STATUS REPORT ON DISCOVERY

Pursuant to the Court's order dated February 7, 2025 (Docket No. 233), this joint status report is filed by the United States and Defendants [10] Asad Wali Kesaria, [11] Yossio Resendez, [12] Lorena Araquistain, [14] Victor Garcia-Cisneros, [16] Cliserio Najera-Valenzuela, [19] Abel Delgado-Rojas, [20] Rogelio Zuniga-Reyes, [21] Yonatan Duarte-Garcia, [22] Diego Macentyre-Rodriguez, [23] Andres Ramirez-Duarte, [24] Norberto Coronado-Mata, [25] Mayco Jaimes, [26] Marcos Antonio Zapata, [27] Alex Perez-Sanchez, [28] Kalle Robert Cort, [29] Jose Hernandez-Olvera, [30] Jesus Horacio Garza, [31] Enio Gonzalez-Barreto, [32] Brandy Nikoll Meadows, [33] Othoniel Gonzalez II, and [34] Cristian Alexis Garza, by and through their respective counsel.

### Procedural Background

On November 7, 2024, a sealed indictment was returned in this matter, charging 34 defendants in Count One with Conspiracy to Launder Monetary Instruments, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 1956(h). Several defendants were named on additional counts of Laundering Monetary Instruments, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2, and/or Possession with Intent to Distribute Cocaine/Heroin/Alprazolam, in violation of 21 U.S.C. § 841(a) and (b).

1

Beginning on or about January 23, 2025, all but 11 defendants[1] were arrested on the pending charges and either retained or were appointed counsel.

The Court designated the case complex on February 7, 2025, and vacated all dates in the scheduling order. The Court ordered the parties to submit a joint status report on discovery by May 9, 2025, and to continue to update the Court every 90 days thereafter. Doc. No. 233.

## Status of Discovery

To facilitate the dissemination of discovery in this complex, multi-defendant case, the Court appointed Russell M. Aoki of Aoki Law PLLC as the Coordinating Discovery Attorney on February 26, 2025. Docket No. 257.

The Government provided the first production of discovery to Mr. Aoki in late March 2025. The first production consisted of approximately 355 GB of data. After processing the discovery in accordance with the Court's appointment order, Mr. Aoki made the first production available to all defense counsel in late April 2025.

Pursuant to the Court's appointment order, Mr. Aoki shipped drives containing the first production of discovery to all but one CJA-appointed counsel.[2] These drives were delivered no later than May 6, 2025.

---

[1] The 11 fugitive defendants are: [1] Francisco Jaramillo-Valdovinos; [2] Angelberto Quezada-Mejia; [3] FNU LNU a/k/a "Horacio;" [4] Alejandro Olmeda-Rodriguez; [5] Joel Quezada-Reyes; [6] David Mejia-Quezada; [7] Jaime Hugo Sanchez; [8] Diego Gonzalez-Rosales; [13] Aguileo Duarte-Chavez; [15] Primo Hernandez-Garcia; and [18] Juan Contreras-Morales.

[2] CJA-appointed counsel are: Kimberly McTorry (Yossio Resendez); Lori Botello (Victor Garcia-Cisneros); Ali Fazel (Cliserio Najera-Valenzuela); David Adler (Marcos Pineda-Mendoza); Javier Martinez (Abel Delgado-Rojas); Mark Diaz (Rogelio Zuniga-Reyes); Molly Bagshaw (Mayco Jaimes); Adrian Almaguer (Marcos Zapata); Andrew Williams (Alex Perez-Sanchez); Anuj Shah (Jose Hernandez-Olvera); and Paul Morgan (Brandy Meadows).

Retained counsel and one CJA-appointed counsel[3] were asked to send external drives to Mr. Aoki, which would be loaded with the first production of discovery and returned. As of the date of this filing, all retained counsel and one CJA-appointed counsel have sent external drives to Mr. Aoki or are in the process of sending external drives to Mr. Aoki.

The Government is preparing a second production of discovery in this case and anticipates that it will be provided to Mr. Aoki no later than May 31, 2025. Additionally, the Government will make a limited number of productions that are specific to certain defendants and has requested external drives from the counsel who represent those defendants. These defendant-specific productions will not be coordinated through Mr. Aoki.

## Conclusion

The discovery process in this complex, multi-defendant case remains ongoing. Once all discovery has been received, the defense will require time to review the discovery, to consider any plea offers from the Government, to decide whether to file any pretrial motions, and/or to prepare for trial.

---

[3] Retained counsel are: Sina Zadeh (Nabeel Iqbal); Nathan Mays (Asad Kesaria); Stephen St. Martin and Emmett Leeper (Lorena Araquistain); Erin Epley (Yonatan Duarte-Garcia); James Kennedy (Diego Macentyre-Rodriguez); David Bires (Andres Ramirez-Duarte); Eric Reed (Norberto Coronado); Billy Morian and Reagen Thomas (Kalle Cort); Juan Guerra (Jesus Garza); Mario Madrid (Enio Gonzalez-Barreto); Chip Lewis (Othoniel Gonzalez II); and Wade Smith (Cristian Garza). Due to a recordkeeping error which has been fixed, Paul Morgan (Brandy Meadows) was also requested to send a drive.

The Government and all defense counsel listed in the Certificate of Conference below agree that no trial settings or trial-related deadlines should be imposed at this time. The parties will update the Court on the status of discovery no later than August 7, 2025.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

By:  /s/ *Stephanie Bauman*
Sherin S. Daniel
Stephanie Bauman
James Leo III
Assistant United States Attorneys
U.S. Attorney's Office, S.D. Texas
Tel: (713) 567-9000

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I attempted to confer with all defense counsel of record in this case. The counsel listed below have each approved this status report and authorized the filing of the status report as joint. I did not receive a response from two defense counsel.

| | |
|---|---|
| Nathan Mays<br>Counsel for [10] Asad Wali Kesaria | Kimberly McTorry<br>Counsel for [11] Yossio Resendez |
| Stephen St. Martin and Emmett Leeper<br>Counsel for [12] Lorena Araquistain | Lori Botello<br>Counsel for [14] Victor Garcia-Cisneros |
| Ali Fazel<br>Counsel for [16] Cliserio Najera-Valenzuela | Javier Martinez<br>Counsel for [19] Abel Delgado-Rojas |
| Mark Diaz<br>Counsel for [20] Rogelio Zuniga-Reyes | Erin Epley<br>Counsel for [21] Yonatan Duarte-Garcia |
| James Kennedy<br>Counsel for [22] Diego Macentyre-Rodriguez | David Bires<br>Counsel for [23] Andres Ramirez-Duarte |
| Eric Reed<br>Counsel for [24] Norberto Coronado | Molly Bagshaw<br>Counsel for [25] Mayco Jaimes |

4

| | |
|---|---|
| Adrian Almaguer<br>Counsel for [26] Marcos Antonio Zapata | Andrew Williams<br>Counsel for [27] Alex Perez-Sanchez |
| Billy Morian and Reagen Thomas<br>Counsel for [28] Kalle Cort | Anuj Shah<br>Counsel for [29] Jose Hernandez-Olvera |
| Juan Guerra<br>Counsel for [30] Jesus Horacio Garza | Mario Madrid<br>Counsel for [31] Enio Gonzalez-Barreto |
| Paul Morgan<br>Counsel for [32] Brandy Meadows | Chip Lewis<br>Counsel for [33] Othoniel Gonzalez II |
| Wade Smith<br>Counsel for [34] Cristian Garza | |

/s/ Stephanie Bauman
Stephanie Bauman
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served on all counsel of record upon filing with ECF.

/s/ Stephanie Bauman
Stephanie Bauman
Assistant United States Attorney

5